

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00137-CV

| | | |
|---|---|---|
| In re Jack Brewer | § | From County Court at Law No. 2 |
| | § | of Denton County (CV2012-03128) |
| | § | April 24, 2013 |
| | § | Per Curiam |

## JUDGMENT

This court has considered relator's petition for writ of mandamus and motion for emergency relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for emergency relief are denied.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM